IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  KERRY L. LUKSIC, | : | CHAPTER 7 |
| DEBTOR | : | BANKRUPTCY NO. 16-16584 |

CERTIFICATION OF NO OBJECTION

Michael H. Kaliner, Trustee hereby certifies that he has not been served with any Objections to the Notice of Final Account & Fee Application within the time limits set forth in the Notice.

/s/Michael H. Kaliner

Michael H. Kaliner, Trustee