UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
LUKSIC, KERRY L                                 :     Case No. 16-16584 MDC
                                                :
                                                :     Chapter 7 -- Liquidation
                                                :
            Debtor(s).                          :
                                                :

ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 6th day of June 2017, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

_____
MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE