UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
LUKSIC, KERRY L                                 :        Case No. 16-16584 MDC
                                                :
                                                :        Chapter 7 -- Liquidation
                                                :
            Debtor(s).                          :
                                                :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _6th_ day of _June_____, 2017, upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is ORDERED, that the sum of $1,500.00 is reasonable compensation

for the services in this case by MICHAEL H. KALINER, trustee; that such sum does not exceed

the limitations prescribed by Section 326 of the Bankruptcy Code, that $19.68 is reasonable for

actual and necessary expenses advanced by the trustee; and that such sums are awarded to the

trustee.

By the Court,