## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kerry L. Luksic<br>      Debtor<br><br>Toyota Motor Credit Corporation<br>      Movant<br>  vs.<br>Kerry L. Luksic<br>      Debtor<br><br>Michael H. Kaliner<br>      Trustee | CHAPTER 7<br><br>NO. 16-16584 MDC<br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion to Obtain Relief from the Automatic Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about May 31, 2017 (Doc. No. 39).

              Respectfully submitted,

              **/s/ Thomas I. Puleo, Esquire**
              Thomas I. Puleo, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322

June 27, 2017