```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 16-16584-mdc
Kerry L Luksic                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina             Page 1 of 1          Date Rcvd: Jul 20, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db             +Kerry L Luksic,    800 Trout Run Drive,    Malvern, PA 19355-3147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              ROBERT J. LOHR, II    on behalf of Debtor Kerry L Luksic bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Kerry L. Luksic                    :           Chapter 7
                                          :
                                          :
          Debtor(s)                       :           Bankruptcy No. 16-16584

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 19th day of July 2017, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_Magdeline D. Coleman_
_____
Bankruptcy Judge